**James Melvin LEWIS, Plaintiff–Appellant**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 15–2976.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 4, 2016.

Filed: April 7, 2016.

James Melvin Lewis, Grandview, MO, pro se.

---

Jeffrey P. Ray, Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., on the brief), for appellee.

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

James Lewis appeals after the District Court[1] dismissed for failure to state a claim his pro se Federal Tort Claims Act complaint alleging elder abuse by a Department of Veterans Affairs physician. We conclude, contrary to Lewis's arguments on appeal, that the District Court had jurisdiction to consider the United States's defenses to Lewis's claim. *See* 28 U.S.C. § 1346(b)(1) (granting district courts jurisdiction over civil actions for damages brought against the United States). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.